IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY CRAFT,

    Plaintiff,

  vs.                              CIV S-04-0780 MCE KJM PS

JAMES ROCHE,

    Defendant.             <u>ORDER</u>

_____/

        Plaintiff is proceeding pro se and in forma pauperis. Plaintiff has filed a second amended complaint. Attached to the second amended complaint are 61 pages of exhibits. In addition, a cassette tape has been submitted the court. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff shall obtain one USM-285 form for each defendant named in the complaint, one summons for each defendant and an instruction sheet. Blank USM-285 forms, blank summons, and instruction sheets are available in the office of the Clerk of the Court.

        2. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

                a. One completed summons for the defendant named in the complaint;

         b.  One completed USM-285 form for the defendant named in the complaint; and

         c.  Two copies of the endorsed complaint and exhibits filed January 27, 2005.

    3.  Plaintiff need not attempt service on defendant and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the defendant pursuant to Federal Rule of Civil Procedure 4 without prepayment of costs.

    4.  Failure to comply with this order may result in a recommendation that this action be dismissed.

    5.  The Clerk of Court is directed to maintain in the court's paper file the cassette submitted in this matter and record on the docket the filing of said cassette tape.

DATED:  April 25, 2005.

                                          UNITED STATES MAGISTRATE JUDGE

006
craft.usm

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY CRAFT,

    Plaintiff,

vs.                                            CIV S-04-0780 MCE KJM PS

JAMES ROCHE,

    Defendant.                        NOTICE OF SUBMISSION

                                                        OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____ completed summons form

    _____ completed USM-285 forms

    _____ copies of the Complaint

DATED:

                                                        _____

                                                        Plaintiff