IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY CRAFT,

    Plaintiff,

  vs.                            CIV S-04-0780 MCE KJM PS

JAMES ROCHE,

    Defendant.          <u>ORDER</u>

/

        Plaintiff is proceeding in this action pro se and in forma pauperis. By order filed April 26, 2005, plaintiff was directed to submit completed USM-285 forms for service of summons on defendant. Although plaintiff has submitted a USM-285 form, the address identified on the form is insufficient for service of summons on the named defendant. <u>See</u> Federal Rule of Civil Procedure 4(i). Plaintiff therefore will be granted an extension of time to submit a form with sufficient information to properly serve defendant.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with a completed USM-285 form for the defendant named in the complaint with addresses identified therein which comply with Federal Rule of Civil Procedure 4(i) and a copy of the complaint and

1 | exhibits filed January 27, 2005.

2 |     2. Failure to comply with this order may result in a recommendation that this
3 | action be dismissed.

4 | DATED: August 22, 2005.

                                             UNITED STATES MAGISTRATE JUDGE

006
craft.insuff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY CRAFT,

    Plaintiff,

vs.                               CIV S-04-0780 MCE KJM PS

JAMES ROCHE,

    Defendant.          NOTICE OF SUBMISSION

                                 OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        ____  completed summons form

        ____  completed USM-285 forms

        ____  copies of the complaint

DATED:

                                  _____
                                  Plaintiff