

FILED

OCT 2 5 2005

ERK, U S. DISTRICT COURT
RN DISTRICT OF CALIFOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY CRAFT,

    Plaintiff,

vs.                                                      CIV S-04-0780 MCE KJM PS

JAMES ROCHE,

    Defendant.                          <u>ORDER DIRECTING SERVICE</u>

                                   <u>BY THE UNITED STATES MARSHAL</u>

                                   <u>WITHOUT PREPAYMENT OF COSTS</u>

_____/

        Plaintiff is proceeding in this action pro se and in forma pauperis. By order filed August 23, 2005, plaintiff was directed to submit summons in this case. Plaintiff has now done so.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to forward the completed summons, USM-285 forms and copies of the complaint to the United States Marshal.

        2. The United States Marshal is directed to serve all process without prepayment of costs not later than sixty days from the date of this order. Service of process shall be completed by delivering a copy of the summons and complaint to the United States Attorney for the Eastern District of California, and by sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. See

1  Fed. R. Civ. P. 4(i)(1)(A) & (B). The Marshal shall also send a copy of the summons and
2  complaint by registered or certified mail to the the address listed on the USM-285 form
3  submitted by plaintiff on September 19, 2005. See Fed. R. Civ. P. 4(i)(2).
4  DATED: 10/24/05

                                        KIMBERLY J. MUELLER
                                        U.S. Magistrate Judge

006
craft.ser