IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CRAFT,<br><br>                Plaintiff,<br><br>    v.<br><br>JAMES G. ROCHE, Secretary of the United States Air Force,<br><br>                Defendant. | Case No. S-04-0780 MCE KJM PS<br><br>ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT |

      For good cause shown, defendant's *ex parte* application for extension of time to respond to plaintiff's amended complaint, filed May 18, 2006, is hereby APPROVED. Defendant's deadline is extended to July 6, 2006.

      IT IS SO ORDERED.

DATED: May 19, 2006.

                                                                         UNITED STATES MAGISTRATE JUDGE