IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY CRAFT,

    Plaintiff,

  vs.                                    CIV S-04-0780 MCE KJM PS

MICHAEL WYNNE,

    Defendant.                 <u>ORDER</u>

_____/

        A status conference was held in this matter on September 20, 2006 before the undersigned. No appearance was made for plaintiff, who is proceeding pro se in this action in propria persona. Bobbie Montoya appeared for defendant. Upon consideration of the status report on file in this action, discussion of counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. Under Federal Rule of Procedure 25(d)(1), Michael Wynne is substituted in as defendant.

        2. Modifications to the discovery limitations are allowed as set forth in the joint status report.

        3. Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) shall be made within twenty-one days from the date of this order.

1

1    4. Plaintiff shall disclose experts no later than November 17, 2006.

2    5. Defendant shall disclose experts no later than December 15, 2006.

3    6. Discovery, including the hearing of discovery motions, shall be completed by
4  February 14, 2007.  Discovery motions, if needed, shall be filed in accordance with Local Rule
5  37-251.

6    7. Dispositive motions, other than discovery motions, shall be noticed to be
7  heard by May 9, 2007.

8    8. The pretrial conference is set for August 6, 2007 at 3:30 p.m. before the
9  Honorable Morrison C. England.  Pretrial statements shall be filed in accordance with Local Rule
10 16-281.

11   9. Trial of this matter is set for October 31, 2007 at 9:00 a.m. before the
12 Honorable Morrison C. England.  The parties shall file trial briefs in accordance with  Local Rule
13 16-285.

14 DATED:  September 26, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006
craft.oas