IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CRAFT,<br><br>                Plaintiff,<br><br>    v.<br><br>MICHAEL W. WYNNE, Secretary of the<br> United States Air Force,<br><br>                Defendant. | Case No. 2:04-CV-0780-MCE-KJM<br><br>ORDER RE STIPULATION TO MODIFY SEPTEMBER 27, 2006 PRETRIAL SCHEDULING ORDER |

      Good cause having been shown, the Stipulation to Modify September 27, 2006 Pretrial Scheduling Order electronically filed herein on January 12, 2007, is hereby APPROVED, and the deadlines set forth in the September 27, 2006 pretrial scheduling order shall be modified (extended) as follows:

      Discovery cut-off:  April 18, 2007

      Last law and motion date:  July 25, 2007

      Final Pretrial Conference:  October 15, 2007 at 1:30 p.m. (Joint Pretrial Statement to be filed in accordance with Local Rule 16-285)

      Trial:  January 23, 2008 at 9:00 a.m.

In all other respects, the September 27, 2006 pretrial scheduling order shall remain in effect.

      IT IS SO ORDERED.

DATED: January 24, 2007.

                                          U.S. MAGISTRATE JUDGE